IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD POWELL and <br> VICKIE POWELL, <br><br> *Plaintiffs,* <br><br> V. <br><br> BANK OF AMERICA, N.A, as <br> successor by merger to BAC Home <br> Loans Servicing, LP, U.S. BANK <br> NATIONAL ASSOCIATION, as Trustee <br> for the Certificateholder of Banc of <br> America Funding Corporation 2008-FT1, <br> and UNKNOWN PARTIES, <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 4:12cv512 <br> Judge Clark/Judge Mazzant |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 17, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand [Doc. #7] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand [Doc. #7] is **DENIED.**

So **ORDERED** and **SIGNED** this **26** day of **November, 2012.**

_____
Ron Clark, United States District Judge